JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:25-cv-00164-DOC-DFM                                           Date: May 13, 2025

Title: James Anthony Manalisay v. US Dept. of State National Passport Center

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On April 30, 2025, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution ("Order")(Dkt. 11). This Order required Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. The required response was due on or before May 10, 2025. Having not received any ordered response from Plaintiff, the Court **DISMISSES** this Case for lack of prosecution.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                          Initials of Deputy Clerk: kdu

CIVIL-GEN